IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDDIE BAKER, JR.,

                    Petitioner,                    ORDER

v.

                                                                 12-cv-156-wmc

R. WERLINGER, WARDEN,
FCI-OXFORD,

                    Respondent.

---

EDDIE BAKER, JR.,

                    Petitioner,                    ORDER

v.

                                                                  13-cv-176-wmc

R. WERLINGER, WARDEN,
FCI-OXFORD,

                    Respondent.

---

Federal prisoner Eddie Baker, Jr., filed two petitions for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the conviction and sentence that he received in *United States v. Baker*, Case No. 01-cr-84 (E.D. Wis.). On April 9, 2013, the court dismissed both petitions for lack of jurisdiction. Baker has filed a notice of appeal in each of the above-referenced cases, and the court has granted leave to proceed *in forma pauperis*. After considering Baker's inmate trust fund account statement, the court finds that he has adequate financial resources to make an initial partial payment followed by monthly installments until he has paid the full appellate filing fee. Accordingly, the court will assess $34.00 as an initial partial payment of the $455.00 appellate docketing fee for each appeal.

ORDER

IT IS ORDERED that:

1. Petitioner Eddie Baker, Jr., having been granted leave to proceed *in forma pauperis* on appeal, shall make an initial partial payment of $34.00 towards the $455.00 appellate docketing fee in each of the above-referenced cases.

2. Baker shall submit a check or money order in that amount, payable to the "Clerk of Court," **no later than May 31, 2013**. The clerk's office will ensure that the court's financial records reflect Baker's obligation to pay the $34.00 initial partial payment and the remainder of the $455.00 fee.

3. It is Baker's responsibility to show a copy of this order to prison officials to insure that they are aware they should send petitioner's initial partial appeal payment to this court. **If, by May 31, 2013, Baker fails to make the initial partial payment or explain his failure to do so, then the clerk of court will advise the court of appeals of his noncompliance so that it may take whatever steps are necessary with respect to each appeal.**

Entered this 30th day of April, 2013.

BY THE COURT:

WILLIAM C. CONLEY
District Judge